

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| HARVEY GEAN EMERSON, | § | No. 08-15-00150-CR |
| Appellant, | § | Appeal from the |
| v. | § | 422nd District Court |
| THE STATE OF TEXAS, | § | of Kaufman County, Texas |
| State. | § | (TC# 32044-422) |
| | § | |

# **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time to file the brief until **October 13, 2015.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Lara Elizabeth Bracamonte, the Appellant's Attorney, prepare the Appellant's brief and forward the same to this Court on or before **October 13, 2015.**

IT IS SO ORDERED this 22nd day of September, 2015.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.